Argued and submitted November 10, 1982, affirmed February 9, 1983

In the Matter of J., a child.
## STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

## LITTLE,
*Appellant.*

(No. 63,256; CA A24275)

658 P2d 530

Patrick A. Butler, Portland, argued the cause and filed the brief for appellant.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Max Rae, Law Clerk, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

Father seeks reversal of an order terminating his parental rights in his five-year-old son, pursuant to ORS 419.523(2). On the basis of our *de novo* review, ORS 419.561(4), we affirm. *See State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401, *rev den* 293 Or 521 (1982).

Affirmed.